## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

JACOB FLANAGAN
               Plaintiff,

           v.

EQUIFAX, INC.,

             Defendants

Case No. 1:25-cv-03784-SDG-LTW

NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX, INC.

**NOTICE IS HEREBY GIVEN** that Plaintiff JACOB FLANAGAN ("Plaintiff")

and Defendant EQUIFAX, INC. ("EQUIFAX" or "Defendant") have reached settlement

in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to

EQUIFAX once settlement documents have been exchanged and executed. Therefore,

Plaintiff respectfully requests sixty (60) days to complete settlement documents and

notify this honorable Court of dismissal.

Respectfully submitted,

Dated:  April 8, 2026

By: */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, PC
c/o 500 Roswell Road, Building C
Sandy Springs, Georgia 30342
Tel: (716) 853-9243
Email: markcareylaw@ymail.com
Attorney for Plaintiff,
MICHAEL LAWLESS

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 8, 2026, I served Plaintiff JACOB FLANAGAN'S Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, PC
c/o 500 Roswell Road, Building C
Sandy Springs, Georgia 30342
Tel: (716) 853-9243
Email: markcareylaw@ymail.com