**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JACOB FLANAGAN<br><br>           Plaintiff,<br><br>        v.<br><br>EQUIFAX, INC.,<br><br>           Defendants | Case No. 1:25-cv-03784-SDG-LTW<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX, INC. |

Plaintiff JACOB FLANAGAN ("Plaintiff"), pursuant Defendant EQUIFAX, INC. named in the Complaint as ("EQUIFAX"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), hereby stipulate to the dismissal of Plaintiff's claim against Defendant Equifax in this action with prejudice, with each party to bear their owns costs and attorneys' fees.

Dated:  April 10, 2026

           Respectfully submitted,

           By: */s/ Mark A. Carey*
           Mark A. Carey
           Law Offices of Mark A. Carey, PC
           c/o 5600 Roswell Road, Building C
           Sandy Springs, Georgia 30342
           Tel:716-853-9243
           Email: markcareylaw@ymail.com

           Attorneys for Plaintiff,
           JACOB FLANAGAN

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANTS, EQUIFAX, INC.**

Dated: April 10, 2026

By: */s/ Carley Thompson*
Carley Thompson
Equifax Inc.
1550 Peachtree Street
Atlanta, GA 30309
Tel: 404-326-2679
Email: carley.thompson@equifax.com

Attorneys for Defendant,
EQUIFAX, INC.

2
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS, EQUIFAX, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically gives notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, PC c/o 5600 Roswell Road, Building C Sandy Springs, Georgia 30342
Tel:716-853-9243
Email: markcareylaw@ymail.com

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, EQUIFAX, INC.**